AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-23-02539-PHX-SMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* K-Motion Interactive, Inc.
was received by me on *(date)* 12/11/2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Legal Rep., who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company Agent for K-Motion Interactive, Inc. on *(date)* 12/11/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/11/2023

*Server's signature*

Adam Golden
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington DE 19809
*Server's address*

Additional information regarding attempted service, etc:
served at 251 Little Falls Dr, Wilmington DE 19808 @ 1:50pm

Docs Served:
SUMMONS & COMPLAINT W/ EXHIBITS; CORPORATE DISCLOSURE STATEMENT; ORDER