# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wyoming Intellectual Property Holdings LLC,<br><br>Plaintiff,<br><br>v.<br><br>K-Motion Interactive Incorporated,<br><br>Defendant. | No. CV-23-02539-PHX-SMB<br><br>**ORDER** |

After review of the file, the Court notes that the complaint in this matter was filed on December 7, 2023 and the return of service was filed on December 13, 2023. No answer has been filed and no application for entry of default has been made.

**IT IS ORDERED** that counsel for the Plaintiff shall file a status report or application for entry of default within 14 days of the date of this order concerning the status of this case.

**IT IS FURTHER ORDERED** that this matter will be dismissed within 14 days of the date of this order if counsel fails to file a status report or application for entry of default.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **March 19, 2024** without further order of this Court if Plaintiff fails to file a status report or application for entry of default.

Dated this 5th day of March, 2024.

_Honorable Susan M. Brnovich_
United States District Judge