**U.S. Patent No. US 10,565,888 v. PG Tech LLC**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [5.P] A system, comprising: | PG Tech LLC ("Company") makes, uses, sells, and/or offers to sell a system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a K-player motion learning system that comprises 2 Bluetooth K-sensors, a Bluetooth adapter, and the K-Vest garments worn by a user/client, which measure movement data of the user/client with the help of sensors to provide fitness evaluation data to the K-Coach evaluation tool.<br><br>The K-PLAYER Motion Learning System Includes:<br><br>- 2 rechargeable Bluetooth K-SENSORS<br>- Class 1 USB Bluetooth adapter<br>- Ergonomic torso and waist garments<br>- Convenient charging and carrying case<br>- K-PLAYER Human Motion Learning Software<br>- 6 months of The Loop, your K-Motion concierge – $195 per year thereafter<br><br>Source: https://www.k-motion.com/k-shop/technology/k-player/ |



Source: https://www.k-motion.com/k-shop/technology/k-player/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

3

| | |
|---|---|
| [5.1] a score component configured to assign a score to at least one aspect of an actual action of a user, where the at least one aspect comprises a physical range of motion during at least part of the actual action of the user such that the score accounts for the physical range of motion; | Company provides a score component configured to assign a score to at least one aspect of an actual action of a user, where the at least one aspect comprises a physical range of motion during at least part of the actual action of the user such that the score accounts for the physical range of motion.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the K-Vest software captures the movements and data related to the golf swings ("physical range of motion") made by the clients ("actual action of the user") who wear the K-Vest, belt, and gloves. Further, the K-Vest software generates reports for clients' data to optimize athletic performance. The reports are then evaluated in the K-Coach evaluation tool that calculates consistency scores and analyzes various aspects including, but not limited to, swing characteristics, efficiency of movement patterns, and body segments ("aspect of an actual action of a user"). Therefore, it would be apparent for a person having ordinary skills in the art that the K-Coach evaluation tool comprises a score component to assign a score.<br><br>Measure: You place K-VEST sensors on your clients with an easy-to-use vest, belt and glove. You then have your clients make movements or golf swings, and K-VEST software captures them. Now you can have your clients take the fitness evaluation that's built right into K-VEST.<br><br>Assess: K-VEST software displays your clients' data in easy-to-read reports that help you design programs to optimize athletic performance. You can build your own drills or choose from the 150+ we provide. With a push of a button, your program is loaded into K-VEST, and you and your clients are ready to go.<br><br>Source: https://www.k-motion.com/fitness-professionals/ |

| | |
|---|---|
| | **SEE WHAT YOU WILL FIND**<br>Inside the K-Coach evaluation tool<br>- Intuitive navigation<br>- Club comparison<br>- Shot comparison<br>- Overview page with comments and next steps for players<br>- **Speed creation and consistency scores**<br>- **Swing characteristic identification, including S-Posture, C-Posture, Reverse Spine Angle, Flat Shoulders, Spinning / Over-Rotated**<br>- **Consistency of wrists, pelvis and upper body at key points in the swing, including address, top and impact**<br>- **Efficiency of movement pattern and the body segments, including upper body, pelvis and wrists throughout the swing**<br><br>Source: https://www.k-motion.com/evaluation/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [5.2] a selection component configured to select a training plan for the user that corresponds to the score that accounts for the physical | Company provides a selection component configured to select a training plan for the user that corresponds to the score that accounts for the physical range of motion, where the selection component selects the selected training plan from a training plan set comprising a first training plan and a second training plan.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the scoring is done, the K-Vest software evaluates the user's movements and actions to optimize their athletic performance and generates a customized training program ("first training plan") based on the results of 3D motion capture, biofeedback, and evaluation score, or provides an option to choose a training plan from the 150+ drills ("second training plan") to select a training plan ("selected training plan") to be loaded into the K-Vest. Therefore, it would be apparent for a person having ordinary skills in the art that the K-player comprises a selection component configured to select a training plan. |

5

| | |
|---|---|
| range of motion, where the selection component selects the selected training plan from a training plan set comprising a first training plan and a second training plan; | 

Source: https://www.k-motion.com/k-coach/k-coach-fitness/ (annotated)

Source: https://www.k-motion.com/fitness-professionals/ (annotated) |

6

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [5.3] an output component configured to cause the selected training plan to be presented to a user, by way of a display as a recommended training plan; | Company provides an output component configured to cause the selected training plan to be presented to a user, by way of a display as a recommended training plan.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the K-Player provides an option of selecting between the customized training program ("recommended training plan") and the 150+ training drills to be loaded ("selected training plan") into the K-Vest. Therefore, it would be apparent for a person having ordinary skills in the art that there is an output component to cause the selected training plan to be presented to the user, by way of a display.<br><br><br><br>Source: https://www.k-motion.com/fitness-professionals/ |

7

| | | |
|---|---|---|
| | | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [5.4] a reception component configured to receive an indication, by way of the display, that the user desires for the selected training plan to be a current training plan for the user; and | | Company provides a reception component configured to receive an indication, by way of the display, that the user desires for the selected training plan to be a current training plan for the user.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user selects the training plan ("selected training plan") from a list of training plans, to be loaded ("current training plan") into the K-Vest, with the push of a button ("an indication"). Therefore, it would be apparent for a person having ordinary skills in the art that there is a reception component configured to receive the indication that the user desires for the selected training plan to be a current training plan.<br><br>Assess: K-VEST software displays your clients' data in easy-to-read reports that help you design programs to optimize athletic performance. You can build your own drills or choose from the 150+ we provide. With a push of a button, your program is loaded into K-VEST, and you and your clients are ready to go.<br><br>Coach: With K-VEST biofeedback, helping clients learn to perform the drills exactly the way you intend them to is super-easy. A combination of visual and auditory cues guides your clients to feel the right muscles making the right movements.<br><br>Source: https://www.k-motion.com/lowering-scores-with-kplayer-biofeedback-training/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [5.5] an appointment component configured to appoint the selected training plan as the current | | Company provides an appointment component configured to appoint the selected training plan as the current training plan for the user in response to the indication that the user desires for the selected training plan to be the current training plan.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the user selects the desired training program on the screen with a push of a button ("in response to the indication that the user desires for the selected training plan to be the current training plan"), the chosen program is loaded into the K-Vest ("appointment component configured to appoint the selected training plan as the current training plan for the user"). |

8

| | |
|---|---|
| training plan for the user in response to the indication that the user desires for the selected training plan to be the current training plan, | Assess: K-VEST software displays your clients' data in easy-to-read reports that help you design programs to optimize athletic performance. You can build your own drills or choose from the 150+ we provide. With a push of a button, your program is loaded into K-VEST, and you and your clients are ready to go.<br><br>Coach: With K-VEST biofeedback, helping clients learn to perform the drills exactly the way you intend them to is super-easy. A combination of visual and auditory cues guides your clients to feel the right muscles making the right movements.<br><br>Source: https://www.k-motion.com/lowering-scores-with-kplayer-biofeedback-training/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [5.6] where the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof implement, at least in part, by way of non-software. | Company provides a system where the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof implement, at least in part, by way of non-software.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the process of scoring, selecting the training programs, displaying the training plans, pushing the button to select the desired plan, and loading programs into the K-Vest ("the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof"), is completed by implementing K-Vest sensors ("non-software") in the vest, belt and gloves, that provide swing motion data to the K-Vest software in the K-Coach evaluation tool. |

9



Source: https://www.k-motion.com/fitness-professionals/

10

| | |
|---|---|
| |  — Non-software |
| | Source: https://www.k-motion.com/k-shop/technology/k-player/ (annotated) |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [8] The system of claim 5, where a sensor captures the actual action of a user as a three dimensional action. | Company provides the system of claim 5, where a sensor captures the actual action of a user as a three-dimensional action. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, the K-Vest sensors measure the 3D movements and data related to the golf swings made by the users ("the actual action of a user as a three-dimensional action"). **UNDERSTAND THE ATHLETE** Use the results of 3D motion capture and biofeedback assisted assessment to understand an athlete's trajectory to improvement.  **BUILD THE RIGHT PROGRAM** Transform a client's movement data into a customized training program to accelerate your athlete's development.  **ALWAYS TRAIN PERFECTLY** Audio and visual biofeedback cues guide your athlete through every repetition of every exercise, ensuring perfectly completed workouts. |

11

Source: https://www.k-motion.com/k-coach/k-coach-fitness/

Measure: You place K-VEST sensors on your clients with an easy-to-use vest, belt and glove. You then have your clients make movements or golf swings, and K-VEST software captures them. Now you can have your clients take the fitness evaluation that's built right into K-VEST.

Source: https://www.k-motion.com/fitness-professionals/



Source: https://www.k-motion.com/k-shop/technology/k-player/ (annotated)

12

| | |
|---|---|
| | 
Source: https://www.k-motion.com/tiles/ , at 3:23

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [9] The system of claim 5, comprising: a disclosure component configured to cause | Company provides the system of claim 5, comprising a disclosure component configured to cause disclosure of the score to the user.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the K-Vest software along with the K-Coach evaluation tool calculates consistency scores and displays the clients' data in the reports ("disclosure component configured to cause disclosure of the score to the user") to optimize athletic performance. |

13

| | |
|---|---|
| disclosure of the score to the user. | Measure: You place K-VEST sensors on your clients with an easy-to-use vest, belt and glove. You then have your clients make movements or golf swings, and K-VEST software captures them. Now you can have your clients take the fitness evaluation that's built right into K-VEST.<br><br>Assess: K-VEST software displays your clients' data in easy-to-read reports that help you design programs to optimize athletic performance. You can build your own drills or choose from the 150+ we provide. With a push of a button, your program is loaded into K-VEST, and you and your clients are ready to go.<br><br>Source: https://www.k-motion.com/fitness-professionals/<br><br>**SEE WHAT YOU WILL FIND**<br><br>Inside the K-Coach evaluation tool<br><br>✓ Intuitive navigation<br><br>✓ Club comparison<br><br>✓ Shot comparison<br><br>✓ Overview page with comments and next steps for players<br><br>✓ Speed creation and consistency scores<br><br>✓ Swing characteristic identification, including S-Posture, C-Posture, Reverse Spine Angle, Flat Shoulders, Spinning / Over-Rotated<br><br>✓ Consistency of wrists, pelvis and upper body at key points in the swing, including address, top and impact<br><br>✓ Efficiency of movement pattern and the body segments, including upper body, pelvis and wrists throughout the swing<br><br>Source: https://www.k-motion.com/evaluation/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

14

| | |
|---|---|
| [10.1] The system of claim 5, comprising: an update component configured to prompt the user to submit feedback on the system, | Company provides the system of claim 5, comprising an update component configured to prompt the user to submit feedback on the system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the coach-recommended training program is loaded into the K-Vest worn by the client, the clients train ("update component") the program by giving live biofeedback ("submit feedback") on every rep of every set of the program.<br><br>Train: Now that you've coached your clients on the drills, they can train your program in the K-VEST. They'll have live biofeedback on every rep of every set of every program. And, if you want, the reps will be counted only if done the way you meant them to be performed.<br><br>Source: https://www.k-motion.com/fitness-professionals/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [10.2] where the system is embodied upon a personal electronic device | Company provides the system of claim 5, where the system is embodied upon a personal electronic device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the K-Player comprises K-Vest sensors placed in the vest, belt, and gloves ("personal electronic device") worn by the clients.<br><br>Measure: You place K-VEST sensors on your clients with an easy-to-use vest, belt and glove. You then have your clients make movements or golf swings, and K-VEST software captures them. Now you can have your clients take the fitness evaluation that's built right into K-VEST.<br><br>Source: https://www.k-motion.com/fitness-professionals/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [10.3] where the feedback is communicated | Company provides the system of claim 5, where the feedback is communicated to a location remote to the personal electronic device. |

15

| | |
|---|---|
| to a location remote to the personal electronic device. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the live biofeedback from the clients, who wear the K-Vest, is sent to the K-Vest software present in the K-Coach evaluation tool, operating in a mobile device ("location remote to the personal electronic device").<br><br><br><br>Source: https://www.k-motion.com/tiles/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

16

| | |
|---|---|
| [11] The system of claim 10, where the feedback is based, at least in part, on an experience of the user with the appointed training plan. | Company provides the system of claim 10, where the feedback is based, at least in part, on an experience of the user with the appointed training plan.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the coach-recommended training program is loaded into the K-Vest worn by the client, the clients train the program by giving live biofeedback on every rep of every set of the program ("experience of the user with the appointed training plan").<br><br>Train: Now that you've coached your clients on the drills, they can train your program in the K-VEST. They'll have live biofeedback on every rep of every set of every program. And, if you want, the reps will be counted only if done the way you meant them to be performed.<br><br>Source: https://www.k-motion.com/fitness-professionals/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

17

## 2. List of References

1. https://www.k-motion.com/k-shop/technology/k-player/, last accessed on 28 November, 2023.
2. https://www.k-motion.com/fitness-professionals/, last accessed on 28 November, 2023
3. https://www.k-motion.com/evaluation/, last accessed on 28 November, 2023.
4. https://www.k-motion.com/k-coach/k-coach-fitness/, last accessed on 28 November, 2023.
5. https://www.k-motion.com/lowering-scores-with-kplayer-biofeedback-training/, last accessed on 28 November, 2023.
6. https://www.k-motion.com/tiles/, last accessed on 28 November, 2023.