# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wyoming Intellectual Property Holdings LLC, <br><br> Plaintiff, <br><br> v. <br><br> PG Tech LLC, <br><br> Defendant. | No. CV-23-02539-PHX-SMB <br><br> **ORDER** |

On March 5, 2024, this Court issued an order directing counsel for Plaintiff to file a status report within 14 days of the date of the order. (Doc. 12) Plaintiff was warned that if no such status report was filed, the matter would be terminated. After March 5, 2024, instead of filing a status report, Plaintiff filed an Amended Complaint (Doc. 13) on March 7, 2024 and a summons issued on March 8, 20224. The deadline for completion of service was June 5, 2024 and no affidavit of service has been filed. Because Plaintiff failed to file a status report as order and has also failed to file proof of service,

**IT IS ORDERED** dismissing this case and directing the Clerk of Court to terminate this case.

Dated this 11th day of June, 2024.

Honorable Susan M. Brnovich
United States District Judge